IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS PERALTA, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 18-4346 |

## ORDER

**AND NOW**, this 22nd day of May, 2019 upon consideration of "Defendant's Amended Uncontested Motion to Remand" (Document No. 22), for the reasons provided in the preceding Memorandum of today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Commissioner's final decision is **REVERSED** and, pursuant to **sentence four** of 42 U.S.C. 405(g), the case is **REMANDED** so that the Commissioner may: (1) resolve a conflict between the vocational expert's testimony and the Dictionary of Occupational Titles; (2) evaluate properly whether Plaintiff's use of a cane was medically necessary; and (3) determine whether any additional restrictions to Plaintiff's residual functional capacity are warranted because of Plaintiff's use of a cane.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge